IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOSEPH MCCASTLAIN, | ) |
| Plaintiff, | ) |
| v. | ) 4:09CV00309 GTE |
| GILETTE & PAUL LAW OFFICES, | ) |
| Defendant. | ) This case assigned to District Judge Eisele |
| | ) and to Magistrate Judge _____ |

## COMPLAINT

NOW COMES the Plaintiff, JOSEPH MCCASTLAIN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his complaint against the Defendant, GILETTE & PAUL LAW OFFICES, Plaintiff states as follows:

### I.   PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II.   JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III.   PARTIES

4. JOSEPH MCCASTLAIN, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Little Rock, County of Pulaski, State of Arkansas.

1

5. GILETTE & PAUL LAW OFFICES, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Arkansas. Defendant is registered as a Professional Limited Liability Company in the State of Utah.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## IV. ALLEGATIONS

9. On or about March 17, 2009, Mr. Shaun Julian, a duly authorized representative of Defendant, made a number of telephone calls to various members of Plaintiff's family in an effort to collect a debt allegedly owed by Plaintiff.

10. The alleged debt of Plaintiff was incurred for personal, family, or household services.

11. During the course of the aforementioned telephone calls, Defendant stated that it needed to find Joseph in regards to a very serious legal matter and it needed to contact Joseph before he gets himself into real trouble.

12. The aforementioned telephone calls were placed to Plaintiff's family members on more than one occasion and without any authorization.

13. In its attempts to collect the debt allegedly owed by Plaintiff, Defendant violated the FDCPA, 15 U.S.C. §1692 in one or more of the following ways:

    a. Communicated with any person other than the consumer more than once without authorization from the consumer in violation of 15 U.S.C. §1692b(3);

    b. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning the consumer in violation of 15 U.S.C. §1692e(10) by representing that the call was regarding a "serious legal matter" and that it was imperative that Plaintiff contact Defendant before he gets into "real trouble."

    c. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

14.   As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V.   JURY DEMAND

15.   Plaintiff hereby demands a trial by jury on all issues so triable.

### VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, JOSEPH MCCASTLAIN, by and through his attorneys, respectfully prays for judgment as follows:

    a.   All actual compensatory damages suffered;

    b.   Statutory damages of $1,000.00;

    c.   Plaintiff's attorneys' fees and costs;

    d.   Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,
JOSEPH MCCASTLAIN

By: _____
Attorney for Plaintiff

Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277
E-Mail: lsmith@smithlaw.us