# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH MCCASTLAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 4:09-cv-00309 GTE |
| | ) | |
| v. | ) | |
| | ) | |
| **GILETTE & PAUL LAW OFFICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, JOSEPH MCCASTLAIN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

        Respectfully submitted,
        **JOSEPH MCCASTLAIN**

    By:   s/ Larry P. Smith
          Attorney for Plaintiff

Dated: July 23, 2009
Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x811)
Facsimile:  (888) 418-1277
E-Mail:     lsmith@smithlaw.us